### ROGERS and wife *vs.* HITCHCOCK.

In a *replevin* suit, where a replevin bond has been executed, the defendant is not entitled to security for costs, although the plaintiff be a non-resident.

December 20.

SECURITY for costs. The suit in this case was commenced by the wife whilst *sole*. The action is *replevin*. Since the commencement of the suit, she has married, and resides with her husband in Vermont. The defendant, on account of the non-residence of the plaintiffs, asks for security for costs, which is opposed, on the ground that the action is *replevin*, in which the defendant has already security in the replevin bond executed at the commencement of the suit ; for which cause the motion was denied.